## THELMA NAKI *v.* HAWAIIAN ELECTRIC CO., LTD., A HAWAII CORPORATION.

### No. 4771.

JUNE 18, 1968.

### RICHARDSON, C. J., MIZUHA, MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Mizuha, J., having dissented from the opinion of the court, does not concur.

*John E. Parks* for the petition.